B201 (12/08)

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: _____ | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Van Buren, Theodore H** _____ Printed Name(s) of Debtor(s) | **X** _/s/ Theodore H Van Buren_ _____ Signature of Debtor | 7/12/2010 Date |
| Case No. (if known) _____ | **X** _____ Signature of Joint Debtor (if any) | Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE __Van Buren, Theodore H_____   Case No. _____
                          Debtor(s)                                           (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

**IN RE** Van Buren, Theodore H _____   Case No. _____
Debtor(s)                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **North Shore Community Bank & Trust Account for Illinois Iron Works (active business)** | | **1,000.00** |
| | | **North Shore Community Bank & Trust Account for AAA Fencing (inactive business)** | | **7.00** |
| | | **North Shore Community Bank and Trust Account for Van Buren/Rodriguez (closed business)** | | **32.57** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household furniture per estimate of debtor** | | **250.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing/Jewelry per estimate of debtor** | | **200.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Van Buren, Theodore H
_____
Debtor(s)                              (If known)

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 Form 1040-IL individual income tax refund Due date: 4/15/2010 (not yet filed) Refund amount, if any not yet determined | | 0.00 |
| | | 2009 Form 1040-US individual income tax refund Due date: 4/15/2010 (not yet filed) Refund amount, if any not yet determined | | 0.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Personal vehicle Dodge Stratus 2003 Fair Condition, 196849 miles | | 2,215.00 |
| | | Sons vehicle 2003 Dodge Neon SE Sedan This is his sons vehicle and debtor is not in possesion of it. | | 1,730.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Van Buren, Theodore H** _____      Case No. _____
　　　　　　　Debtor(s)                                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **5,534.57** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Van Buren, Theodore H**                                                                Case No. _____
_____                                                              _____
        Debtor(s)                                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                 ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **North Shore Community Bank & Trust Account for Illinois Iron Works (active business)** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **North Shore Community Bank & Trust Account for AAA Fencing (inactive business)** | **735 ILCS 5 §12-1001(b)** | **7.00** | **7.00** |
| **North Shore Community Bank and Trust Account for Van Buren/Rodriguez (closed business)** | **735 ILCS 5 §12-1001(b)** | **32.00** | **32.57** |
| **Household furniture** per estimate of debtor | **735 ILCS 5 §12-1001(b)** | **250.00** | **250.00** |
| **Clothing/Jewelry** per estimate of debtor | **735 ILCS 5 §12-1001(a)** | **200.00** | **200.00** |
| **Personal vehicle Dodge Stratus 2003** Fair Condition, 196849 miles | **735 ILCS 5 §12-1001(c)** | **2,215.00** | **2,215.00** |
| **Sons vehicle 2003 Dodge Neon SE Sedan** This is his sons vehicle and debtor is not in possesion of it. | **735 ILCS 5 §12-1001(b)** | **1,730.00** | **1,730.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Van Buren, Theodore H**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

_____**0**_____ continuation sheets attached

Subtotal
(Total of this page) $ _____  $ _____

Total
(Use only on last page) $ _____  $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Van Buren, Theodore H _____    Case No. _____
                          Debtor(s)                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE Van Buren, Theodore H                    Case No. _____
_____
Debtor(s)                                       (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **AAA Fence Corp** <br><br> **Juan Rodriguez** <br> **Berkley, IL** | | | **Past due wages** | | | | **4,500.00** | **4,500.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims
(Totals of this page)    Subtotal    $ **4,500.00**    $ **4,500.00**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE <u>Van Buren, Theodore H</u>                                    Case No. _____
            Debtor(s)                                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **COO460538**<br><br>**IL Dept Of Healthcare And Family Service Division Of Child Support Enforcement PO Box 641097 Chicago, IL  60664** | | | **Child Support Debtor challenges this claim. His youngest child was emancipated in 1999, and is now age 29.** | | | | **43,199.81** | **43,199.81** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)  $ **43,199.81**   $ **43,199.81**   $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE __Van Buren, Theodore H__            Case No. _____
               Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-2735** <br><br> **Internal Revenue Service** <br> **Kansas City, MO  64999-0025** | | | **Tax period 12-31-2001** | | | | **934.58** | **934.58** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                                     Subtotal
                           (Totals of this page)   $ **934.58**   $ **934.58**   $

                                         Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **48,634.39**

                                         Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **48,634.39**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Van Buren, Theodore H
_____
Debtor(s)                                          Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **917814**<br><br>**A.G Adjustments Ltd<br>740 Walt Whitman Rd PO Box 9090<br>Melville, NY  11747** | X | | **personal liability for reed business information regional** | | | | **2,823.53** |
| ACCOUNT NO. **WC6J3595**<br><br>**Access Receivables Management<br>PO Box 9801<br>Towson, MD  21284** | X | | **personal liability for original creditor: Harleysville Insurance Co** | | | | **1,499.20** |
| ACCOUNT NO. **1026882936**<br><br>**Afni, Inc. (original Creditor:direc<br>Po Box 3097<br>Bloomington, IL  61702** | X | | **Open account opened 2010-03-22** | | | | **281.00** |
| ACCOUNT NO. **50768666**<br><br>**Alliant Law Group P.C<br>2860 Zanker Rd Suite 105<br>San Jose, CA  95134** | X | | **personal liability for original creditor: AT&T account number 7086522855242** | | | | **210.27** |

**16** continuation sheets attached

Subtotal
(Total of this page) $ **4,814.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Buren, Theodore H                                         Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Allied National Inc**<br>**Magnificent Mile Center**<br>**980 No. Michigan Ave Ste 140**<br>**Chicago, IL  60611** | X | | **personal liability for business account (Douglas Industries Inc INV#S 72419 &72936)** | | | | 2,109.12 |
| ACCOUNT NO. **REM Commerc File 779657**<br><br>**American Financial Management**<br>**3715 Ventura Dr**<br>**Arlington Heights, IL  60004** | X | | **Personal liability for business account** | | | | 900.00 |
| ACCOUNT NO. **Dr Andrysco 776147**<br><br>**American Financial Management**<br>**3715 Ventura Dr**<br>**Arlington Heights, IL  60004** | X | | **Personal liability for business debt** | | | | 8,966.50 |
| ACCOUNT NO. **149872**<br><br>**Angies List**<br>**1030 E Washington St**<br>**Indianapolis, IN  46202** | X | | **personal liability for business account** | | | | 1,074.00 |
| ACCOUNT NO. **422709731047**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801** | X | | **Revolving account opened 1996-11-26** | | | | 5,558.00 |
| ACCOUNT NO. **422709748292**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801** | X | | **Revolving account opened 1998-12-07** | | | | 3,968.00 |
| ACCOUNT NO. **1002761985**<br><br>**ARM**<br>**PO Box 129**<br>**Thorofare, NJ  08086** | X | | **Collecting agency for original creditor: Chrysler Financial Serv America** | | | | 725.95 |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 23,301.57

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Van Buren, Theodore H

Debtor(s)     Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xxx-8700**<br>**ATT**<br>**PO Box 8100**<br>**Aurora, IL  60507** | X | | **Phone bill** | | | | **152.85** |
| ACCOUNT NO. **2855**<br>**ATT**<br>**PO Box 6428**<br>**Carol Stream, IL  60197** | X | | **personal liability for business utility bill** | | | | **142.47** |
| ACCOUNT NO. **4603**<br>**ATT**<br>**PO Box 6428**<br>**Carol Stream, IL  60197** | X | | **personal liability for business utility bill** | | | | **112.68** |
| ACCOUNT NO. **Ted Van Buren**<br>**ATT**<br>**PO Box 6428**<br>**Carol Stream, IL  60197** | X | | **personal liability for business utility bill** | | | | **557.54** |
| ACCOUNT NO. **Ted Van Buren**<br>**ATT mobility**<br>**PO Box 6428**<br>**Carol Stream, IL  60197** | X | | **personal liability for business utility bill** | | | | **194.11** |
| ACCOUNT NO. **462720**<br>**Authorize Net**<br>**ATTN: Collections**<br>**808 E. Utah Valley Dr**<br>**American Fork, UT  84003** | X | | **personal liability for business account (authorize net account)** | | | | **40.00** |
| ACCOUNT NO. **7310470476**<br>**Bankcard Services Center**<br>**PO Box 15809**<br>**Wilmington, DE  19850** | X | | **personal liability for business accont (legal department account referral)** | | | | **1,961.00** |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **3,160.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Buren, Theodore H

Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**BEA 2 B Services Corp**<br>**4923 N Hermitage Ave**<br>**Chicago, IL  60640** | X | | **personal liability for business account** | | | | **4,061.66** |
| ACCOUNT NO. **Ted Van Buren/ AAA**<br><br>**Better Business Bureau**<br>**330 North Wabash**<br>**Chicago, IL  60611** | X | | **personal liability for account with better business bureau** | | | | **425.00** |
| ACCOUNT NO. **411507263808**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA  23285** | | | **Revolving account opened 2006-03-28** | | | | **2,953.00** |
| ACCOUNT NO. **411507263808**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA  23285** | X | | **Revolving account opened 2006-03-28** | | | | **2,801.00** |
| ACCOUNT NO. **V0001**<br><br>**Central Forest Products**<br>**The Law Offices Of Phillip R. Sauer LLC**<br>**3 Golf Center Suite 352**<br>**Hoffman Estates, IL  60169** | X | | **personal liability for business supplier: Central Forest Products** | | | | **8,019.63** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Certainteed Corp P & PG**<br>**1249 Solutions Center**<br>**Chicago, IL  60677** | X | | **personal liability for business supplier account** | | | | **12,309.32** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Cirilo Gallarzo**<br>**1450 S 46th St**<br>**Melrose Park, IL  60160** | X | | **personal liability for business account** | | | | **1,739.99** |

Sheet no. __3__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,309.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**                          Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-2735**<br><br>**City Of Chicago**<br>**Department Of Law ATTN Nicholas J Lucius**<br>**30 N LaSalle St #900**<br>**Chicago, IL  60602** | X | | personal liability for business account | | | | 940.00 |
| ACCOUNT NO. **xxx-xx-2735**<br><br>**City Of Chicago**<br>**Judgement Collections**<br>**P.O Box 88292**<br>**Chicago, IL  60680** | X | | Personal liability for business account | | | | 2,232.00 |
| ACCOUNT NO. **923**<br><br>**Cleaning Services**<br>**5250 Irene Way**<br>**Livermore, CA  94550** | X | | personal liability for business account | | | | 200.00 |
| ACCOUNT NO. **01-02000-8798201400201300**<br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA  19398** | X | | personal liability for business comcast bill | | | | 799.93 |
| ACCOUNT NO. **8798300046201714**<br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA  19398** | | | personal liability for business comcast account | | | | 343.20 |
| ACCOUNT NO. **6058248058**<br><br>**ComEd**<br>**Claims Dept 4th Floor**<br>**Three Lincol Centre**<br>**Oakbrook Terrace, IL  60181** | X | | personal liability for past due comED account | | | | 1,897.24 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Constantino Rodriguez, Sub**<br>**3732 S 59th Court**<br>**Cicero, IL  60804** | X | | personal liability for business account | | | | 1,013.19 |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,425.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Buren, Theodore H
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1572305090** <br><br> **Credit Protection Asso (original Cr 13355 Noel Rd Ste 2100 Dallas, TX 75240** | | | **Open account opened 2010-01-11** | | | | **799.00** |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Cronin & Associates LTD 1601 Colonial Pkwy Palatine, IL 60067** | X | | **personal liability for business account** | | | | **3,323.00** |
| ACCOUNT NO. **Ted Van Buren** <br><br> **CSC Alarms PO Box 436 Midlothian, IL 60445** | X | | **personal liability for supplier account** | | | | **450.00** |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Dell Business Credit Payment Processing Center PO Box 5292 Carol Stream, IL 60197** | X | | **personal liability for Dell Preferred Account payment processing center** | | | | **175.00** |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Dell Business Credit- Software PO Box 5275 Carol Stream, IL 60197** | X | | **personal liability for business account with Dell** | | | | **1,205.76** |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Dell Financial Services Lease Account PO Box 5275 Carol Stream, IL 60197** | X | | **personal liability for business account** | | | | **3,152.08** |
| ACCOUNT NO. **036746273555200706** <br><br> **Department Of The Treasury Financial Management Service PO Box 1686 Birmingham, AL 35201** | X | | **personal liability for business account** | | | | **unknown** |

Sheet no. **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,104.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Buren, Theodore H                                     Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br>**Dex**<br>**ATT Real Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL 60682** | X | | **personal liability for business account** | | | | 2,990.92 |
| ACCOUNT NO. **24566309**<br>**Direct TV, INC**<br>**Collections Dept**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155** | X | | **personal liability for DirectTV Cable account** | | | | 154.44 |
| ACCOUNT NO. **Ted Van Buren**<br>**Fifth 3rd Bank**<br>**PO Box 829009**<br>**Dallas, TX 75382** | X | | **personal laibility for business account** | | | | 472.59 |
| ACCOUNT NO. **2614800**<br>**Figatner-Scott Co.**<br>**6217 W Cermak Rd**<br>**Berwyn, IL 60402** | X | | **personal liability for business account** | | | | 834.52 |
| ACCOUNT NO. **3564600-122289**<br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE 68103** | X | | **personal liability for First National Merchant Solutions Business account** | | | | 1,925.49 |
| ACCOUNT NO. **9498215**<br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE 68103** | X | | **personal liability for business account debtor # 363790-122289** | | | | 810.00 |
| ACCOUNT NO. **9498215**<br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE 68103** | X | | **personal liability for business account debtor #361768-122289** | | | | 619.00 |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **7,806.96**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Van Buren, Theodore H

Debtor(s)                                                    Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9498215**<br><br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE  68103** | X | | **personal liability for business account # 359176-122289** | | | | 2,005.00 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Frank F. Kucera Co.**<br>**1800 S. Laramie**<br>**Cicero, IL  60804** | X | | **personal liability for business supplier account** | | | | 1,181.50 |
| ACCOUNT NO. **AAA**<br><br>**Gorilla Powdercoating Inc.**<br>**4711 W 137th St**<br>**Crestwood, IL  60445** | X | | **personal liability for busines supplier account** | | | | 2,170.39 |
| ACCOUNT NO. **12533011**<br><br>**Harvard Collection Services, INC**<br>**4839 N. Elston Ave**<br>**Chicago, IL  60630** | X | | **personal liability for business account Creditor: Illinois Dept of Revenue** | | | | 13,048.29 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Home Depot**<br>**PO Box 689100**<br>**Des Moines, IA  50368** | X | | **Personal liability for business account** | | | | 760.30 |
| ACCOUNT NO. **5176-6900-2295-7224**<br><br>**HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD  21297** | X | | **personal liability for HSBC MasterCard business account** | | | | 2,196.51 |
| ACCOUNT NO. **xxx-xx-2735**<br><br>**Illinois Department Of Revenue**<br>**Po Box 06140**<br>**Chicago, IL  60606** | | | **tax liability** | | | | 1,043.58 |

Sheet no. __**7**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,405.57

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**
_____
Debtor(s)                      Case No. _____
                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren** <br><br> **Illinois Tollway** <br> **2700 Ogden Ave** <br> **Downers Grove, IL  60515** | | | **Missed toll account** | | | | 356.35 |
| ACCOUNT NO. **300856920** <br><br> **Indiana Insurance Company** <br> **Carlson Mikuzis & Taylor Inc** <br> **2221 Lakeside Dr** <br> **Bannockburn, IL  60015** | X | | **personal liability for business account balance on canceled insurance policy** | | | | 1,290.00 |
| ACCOUNT NO. **xxx-xx-2735** <br><br> **Internal Revenue Service** <br> **Po Box 145566** <br> **Cincinnati, OH  11742-9019** | | | **tax liability** | | | | 73.45 |
| ACCOUNT NO. <br><br> **Internal Revenue Service** <br> **ATTN: MS. ISOM** <br> **230 S Dearborn St Rm 2650 STOP 5115** <br> **Chicago, IL  60604** | | | **Assignee or other notification for: Internal Revenue Service** | | | | |
| ACCOUNT NO. **143828s** <br><br> **J & B Welding Supply** <br> **5305 W. Ogden Ave** <br> **Cicero, IL  60804** | X | | **personal liability for business supplier** | | | | 27.26 |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Karrin J. Burns** <br> **1125 N Lombard Ave** <br> **Oak Park, IL  60302** | X | | **Monies owed for customer complaint** | | | | 2,500.00 |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Kucera Disposal** <br> **1800 S. Laramie Ave** <br> **Cicero, IL  60804** | X | | **Personal laibility for business account** | | | | 437.00 |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,684.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Liberty Group Publishing**<br>**Michael D. Weis**<br>**PO Box 1166**<br>**Northbrook, IL  60065** | X | | **Personal liability for business account** | | | | **5,046.27** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Liberty Mutual**<br>**Surety Direct Bill**<br>**PO Box 11223**<br>**Tacoma, WA  98411** | X | | **personal liability for business account** | | | | **350.00** |
| ACCOUNT NO. **600543089**<br><br>**Liquidebt Systems**<br>**29W170 Butterfield Rd  Suite 102**<br>**Warrenville, IL  60555** | X | | **personal liability for business account (client ref #: 600543089)** | | | | **8,754.54** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Maribel Acosta** | X | | **personal liability for business account (address unknown)** | | | | **100.00** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Master Halco**<br>**1261 Atlantic Dr**<br>**West Chicago, IL  60185** | X | | **personal liability for business account** | | | | **9,305.12** |
| ACCOUNT NO.<br><br>**Stein & Rotman**<br>**105 West Madison St**<br>**Chicago, IL  60602** | | | **Assignee or other notification for:**<br>**Master Halco** | | | | |
| ACCOUNT NO. **8531409941**<br><br>**Midland Credit Mgmt (original Credi**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | | **Open account opened 2009-07-22** | | | | **2,510.00** |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **26,065.93**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**                                   Case No. _____
       Debtor(s)                               (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br>**National Check Trust Inc**<br>**2811 Corporate Way**<br>**Miramar, FL  33025** | X | | personal liabilty for business account | | | | 25.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**National Processing Center**<br>**Accounts Payable**<br>**808 E Utah Valley Dr**<br>**American Fork, UT  84003** | X | | personal liability for business account | | | | 25.00 |
| ACCOUNT NO. **10424240**<br>**National Recovery Agen (original Cr**<br>**2491 Paxton St**<br>**Harrisburg, PA  17111** | X | | personal liability for business account (Open account opened 2009-02-25) | | | | 32.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL  60568** | X | | personal liability for business account | | | | 360.00 |
| ACCOUNT NO. **F336336290**<br>**Northland Group INC**<br>**PO Box 390846**<br>**Minneapolis, MN  55439** | | | personal liabilty for business account (original creditor: Capital One) | | | | 4,272.66 |
| ACCOUNT NO. **7500050243692**<br>**Peoples Gas**<br>**130 E Randolph**<br>**Chicago, IL  60601** | X | | personal liability for Utility bill | | | | 1,203.96 |
| ACCOUNT NO. **Ted Van Buren**<br>**Pro Welding**<br>**5428 S Keeler Ave**<br>**Chicago, IL  60632** | X | | personal liability for business account | | | | 60.00 |

Sheet no. ___**10**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
              (Total of this page)  $  **5,978.62**

                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Van Buren, Theodore H**

Debtor(s)                                                                Case No. _____

                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Reachlocal<br>Randall Industries<br>741 S Rte 83<br>Elmhurst, IL  60126** | X | | **personal liability for business account** | | | | **575.00** |
| ACCOUNT NO. **324311404124652**<br><br>**ReachLocal Inc<br>Attn: Gerry Casey<br>230 W. Monroe Suite 700<br>Chicago, IL** | X | | **personal liability for business account Campaign Media** | | | | **7,500.00** |
| ACCOUNT NO. **8681492**<br><br>**Retriever Payment Systems<br>20405 State Hwy 249 Ste<br>Houston, TX  77070** | X | | **Personal liability for business supplier** | | | | **36.89** |
| ACCOUNT NO. **Illinois Iron Works**<br><br>**Ridge Fence Supply<br>PO Box 172<br>Chicago Ridge, IL  60415** | X | | **personal liability for past due business account** | | | | **12,500.00** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Safeco Insurance Companies<br>2800 W Higgins Rd<br>Hoffman Estates, IL  60169** | X | | **personal liability for business insurance co** | | | | **575.00** |
| ACCOUNT NO.<br><br>**Safeco Insurance Co<br>PO Box 66768<br>Saint Louis, MO  63166** | | | **Assignee or other notification for:<br>Safeco Insurance Companies** | | | | |
| ACCOUNT NO. **Ted Van Buren**<br><br>**SKB Investments, INC<br>164 S Ellyn Ave<br>Glen Ellyn, IL  60137** | | | **personal liability for over due rent** | | | | **16,548.00** |

Sheet no. **11** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,734.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**       Case No. _____
     Debtor(s)         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br>**Society Insurance**<br>**150 Camelot Dr PO Box 1029**<br>**Fond Du Lac, WI  54936** | X | | personal liability for business account | | | | 1,273.42 |
| ACCOUNT NO. **AAA Fence Corp**<br>**Sprint**<br>**PO Box 8077**<br>**Landon, KY  40742** | X | | personal liability for sprint account | | | | 2,742.90 |
| ACCOUNT NO.<br>**Diversified Adjustment Service**<br>**600 Coon Rapids Blvd**<br>**Coon Rapids, MN  55433** | | | Assignee or other notification for: Sprint | | | | |
| ACCOUNT NO.<br>**Diversified Adjustment Service**<br>**PO Box 32145**<br>**Fridley, MN  55432** | | | Assignee or other notification for: Sprint | | | | |
| ACCOUNT NO.<br>**Sprint**<br>**Po Box 4191**<br>**Carol Stream, IL  60197** | | | Assignee or other notification for: Sprint | | | | |
| ACCOUNT NO. **Ted Van Buren**<br>**Stephens Pipe & Steel LLC**<br>**Po Box 618**<br>**Russel Springs, KY  42642** | X | | personal liability for business account | | | | 15,259.16 |
| ACCOUNT NO. **AD022**<br>**Tasler Forest Products**<br>**PO Box 18130**<br>**Phoenix, AZ  85005** | X | | personal liability for business supplier account | | | | 7,997.00 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **27,272.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**                                    Case No. _____
　　　　　　　Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**American Transloading Services Inc**<br>**9400 W Fullerton Ave**<br>**Franklin Park, IL  60131** | | | **Assignee or other notification for:**<br>**Tasler Forest Products** | | | | |
| ACCOUNT NO. <br><br>**Taslet Forest Products**<br>**2828 Kraft Suite 240**<br>**Grand Rapids, MI  49512** | | | **Assignee or other notification for:**<br>**Tasler Forest Products** | | | | |
| ACCOUNT NO. **Ted Van Buren** <br><br>**Teller & Levit Silvertrust P.C**<br>**11 East Adams St**<br>**Chicago, IL  60603** | X | | **personal liability for business account** | | | | 0.00 |
| ACCOUNT NO. **Ted Van Buren** <br><br>**The Blue Book**<br>**Coface Collections North America Inc.**<br>**PO Box 8510**<br>**Metairie, LA  70011** | X | | **personal liability for business account** | | | | 2,639.73 |
| ACCOUNT NO. **Ted Van Buren** <br><br>**Thrift N Swift Inc**<br>**9651 Franklin Ave**<br>**Franklin Park, IL  60131** | X | | **personal liability for business account** | | | | 488.49 |
| ACCOUNT NO. **Ted Van Buren** <br><br>**Total Fasteners Inc**<br>**500 N Mannheim Rd Unit 4W**<br>**Hillside, IL  60162** | X | | **Personal liability for business account** | | | | 78.98 |
| ACCOUNT NO. <br><br>**Total Fasteners INc.**<br>**PO Box 1222**<br>**La Grange 1222, IL  60525** | | | **Assignee or other notification for:**<br>**Total Fasteners Inc** | | | | |

Sheet no. __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,207.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Buren, Theodore H _____   Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren** <br><br>**Town Of Cicero** <br>**4949 W Cermak Rd** <br>**Cicero, IL 60804** | X | | **Account with Town of Cicero** | | | | 150.00 |
| ACCOUNT NO. **3631N71ABA** <br><br>**Travelers** <br>**CL Remittance Center** <br>**Hartford, CT 06183** | X | | **personal liability for business account** | | | | 1,289.00 |
| ACCOUNT NO. **3258N96A680** <br><br>**Travelers** <br>**CL Remittance Center** <br>**Hartford, CT 06183** | X | | **personal liability for business account** | | | | 1,219.00 |
| ACCOUNT NO. **3631N71A BA** <br><br>**Travelers Indemnity Company** <br>**CL Remittance Center** <br>**Hartford, CT 06183** | X | | **personal liability for business account with Travelers Indemnity Company** | | | | 34,566.99 |
| ACCOUNT NO. **Ted Van Buren** <br><br>**Ts Distributors Inc** <br>**Remittance** <br>**PO Box 431133** <br>**Houston, TX 77243** | X | | **personal liability for TS Distributors business account** | | | | 15,212.37 |
| ACCOUNT NO. <br><br>**TS Distributors** <br>**2033 N 17th Ave** <br>**Melrose Park, IL 60160** | | | **Assignee or other notification for:** <br>**Ts Distributors Inc** | | | | |
| ACCOUNT NO. **AAA0323** <br><br>**Ultra Aluminum Manufacturing Inc** <br>**2124 Grand Commerce Dr.** <br>**Howell, MI 48855** | X | | **Personal liability for business supplier** | | | | 5,533.02 |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **57,970.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Van Buren, Theodore H                        Case No. _____
            Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ultra Aluminum Mfg Inc<br>Dep 77843 Po Box 77000<br>Detriot, MI  48277** | | | **Assignee or other notification for:<br>Ultra Aluminum Manufacturing Inc** | | | | |
| ACCOUNT NO. **772998575**<br><br>**UPS Freight<br>28013 Network Place<br>Chicago, IL  60673** | X | | **personal liability for business account** | | | | **69.00** |
| ACCOUNT NO. **009191871-01-8112**<br><br>**Valentine & Kebartas Inc<br>PO Box 325<br>Lawrence, MA  01842** | X | | **personal liability for business account Original Creditor: Dell Financial Services LLC** | | | | **19,458.60** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Valley Plaza<br>4411 Valley Plaza Ave<br>Pleasanton, CA  94566** | | | **Over due rent/ Utilities/ Painting** | | | | **5,069.47** |
| ACCOUNT NO. **2AAApatch**<br><br>**Vinyl Works Fencing<br>8550 Ridgefield Rd<br>Crystal Lake, IL  60012** | X | | **personal liability for business account** | | | | **4,065.21** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Wells Fargo Auto Finance<br>Po Box 60510<br>Los Angeles, CA  90060** | X | | **personal liability for business account** | | | | **1,803.32** |
| ACCOUNT NO. **2AAApatch0001**<br><br>**Woolf<br>8550 Ridgefield Rd<br>Crystal Lake, IL  60012** | X | | **Personal liability for business supplier** | | | | **3,600.86** |

Sheet no. __15__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,066.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Van Buren, Theodore H**                              Case No. _____
         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren** <br> **XL Industrail Service Co** <br> **Po Box 32107** <br> **Chicago, IL  60632** | X | | personal liability for business account | | | | 100.00 |
| ACCOUNT NO. **6066406** <br> **Yellow Book Sales & Dist Account** <br> **Weltman, Weinber & Reis Co** <br> **PO Box 5402** <br> **Cleveland, OH  44101** | X | | Yellow Book advertising | | | | 53,206.67 |
| ACCOUNT NO. <br> **Weltman, Weinberg & Reis Co** <br> **180 N Lasalle St Suite 2400** <br> **Chicago, IL  60601** | | | Assignee or other notification for: Yellow Book Sales & Dist Account | | | | |
| ACCOUNT NO. <br> **Yellow Book USA** <br> **2201 Renaissance BLVD** <br> **King Of Prussia, PA  19406** | | | Assignee or other notification for: Yellow Book Sales & Dist Account | | | | |
| ACCOUNT NO. **WA0MN31** <br> **Yellow Book USA** <br> **2201 Renaissance BLVD** <br> **King Of Prussia, PA  19406** | X | | personal liability for Seperate Yellow Book business account | | | | 803.82 |
| ACCOUNT NO. **AOMN31** <br> **Yellow Book West** <br> **PO Box 660052** <br> **Dallas, TX  75266** | X | | personal liability for past due Yellow Book account | | | | 1,468.67 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __16__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 55,579.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ 362,887.93

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Van Buren, Theodore H**
_____      Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Trivi Partners LLC**<br>**1753 N Tripp Ave**<br>**Chicago, IL  60639** | **Yearly lease contract $1000.00 monthly for shop** |
| **Hackel Homes**<br>**7260 Ogden Ave**<br>**Riverside, IL  60546** | **Yearly lease contract $1150.00 per month for personal residence** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Van Buren, Theodore H**                        Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AAA Fence Corp**<br>**4920 W. Flournoy St**<br>**Chicago, IL  60644** | **Afni, Inc. (original Creditor:direc**<br>**Po Box 3097**<br>**Bloomington, IL  61702**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801**<br><br>**National Recovery Agen (original Cr**<br>**2491 Paxton St**<br>**Harrisburg, PA  17111**<br><br>**Cleaning Services**<br>**5250 Irene Way**<br>**Livermore, CA  94550**<br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA  19398**<br><br>**HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD  21297**<br><br>**Direct TV, INC**<br>**Collections Dept**<br>**PO Box 6550**<br>**Greenwood Village, CO  80155**<br><br>**Bankcard Services Center**<br>**PO Box 15809**<br>**Wilmington, DE  19850**<br><br>**Yellow Book Sales & Dist Account**<br>**Weltman, Weinber & Reis Co**<br>**PO Box 5402**<br>**Cleveland, OH  44101**<br><br>**ARM**<br>**PO Box 129**<br>**Thorofare, NJ  08086**<br><br>**Yellow Book West**<br>**PO Box 660052**<br>**Dallas, TX  75266** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

**IN RE** Van Buren, Theodore H
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Harvard Collection Services, INC**<br>4839 N. Elston Ave<br>Chicago, IL  60630 |
| | **ATT**<br>PO Box 8100<br>Aurora, IL  60507 |
| | **Central Forest Products**<br>The Law Offices Of Phillip R. Sauer LLC<br>3 Golf Center Suite 352<br>Hoffman Estates, IL  60169 |
| | **First National Merchant Solutions**<br>PO Box 2196<br>Omaha, NE  68103 |
| | **First National Merchant Solutions**<br>PO Box 2196<br>Omaha, NE  68103 |
| | **First National Merchant Solutions**<br>PO Box 2196<br>Omaha, NE  68103 |
| | **First National Merchant Solutions**<br>PO Box 2196<br>Omaha, NE  68103 |
| | **ReachLocal Inc**<br>Attn: Gerry Casey<br>230 W. Monroe Suite 700<br>Chicago, IL |
| | **Authorize Net**<br>ATTN: Collections<br>808 E. Utah Valley Dr<br>American Fork, UT  84003 |
| | **Department Of The Treasury**<br>Financial Management Service<br>PO Box 1686<br>Birmingham, AL  35201 |
| | **Access Receivables Management**<br>PO Box 9801<br>Towson, MD  21284 |
| | **ComEd**<br>Claims Dept 4th Floor<br>Three Lincol Centre<br>Oakbrook Terrace, IL  60181 |
| | **CSC Alarms**<br>PO Box 436<br>Midlothian, IL  60445 |
| | **Frank F. Kucera Co.** |

B6H (Official Form 6H) (12/07) - Cont.

IN RE Van Buren, Theodore H
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 1800 S. Laramie<br>Cicero, IL  60804 |
| | Indiana Insurance Company<br>Carlson Mikuzis & Taylor Inc<br>2221 Lakeside Dr<br>Bannockburn, IL  60015 |
| | Peoples Gas<br>130 E Randolph<br>Chicago, IL  60601 |
| | Sprint<br>PO Box 8077<br>Landon, KY  40742 |
| | Total Fasteners Inc<br>500 N Mannheim Rd Unit 4W<br>Hillside, IL  60162 |
| | Travelers Indemnity Company<br>CL Remittance Center<br>Hartford, CT  06183 |
| | Ts Distributors Inc<br>Remittance<br>PO Box 431133<br>Houston, TX  77243 |
| | Gorilla Powdercoating Inc.<br>4711 W 137th St<br>Crestwood, IL  60445 |
| | J & B Welding Supply<br>5305 W. Ogden Ave<br>Cicero, IL  60804 |
| | Alliant Law Group P.C<br>2860 Zanker Rd Suite 105<br>San Jose, CA  95134 |
| | Allied National Inc<br>Magnificent Mile Center<br>980 No. Michigan Ave Ste 140<br>Chicago, IL  60611 |
| | Ultra Aluminum Manufacturing Inc<br>2124 Grand Commerce Dr.<br>Howell, MI  48855 |
| | Vinyl Works Fencing<br>8550 Ridgefield Rd<br>Crystal Lake, IL  60012 |
| | Thrift N Swift Inc<br>9651 Franklin Ave<br>Franklin Park, IL  60131 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE Van Buren, Theodore H
_____    Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Woolf**<br>8550 Ridgefield Rd<br>Crystal Lake, IL  60012 |
| | **Yellow Book USA**<br>2201 Renaissance BLVD<br>King Of Prussia, PA  19406 |
| | **American Financial Management**<br>3715 Ventura Dr<br>Arlington Heights, IL  60004 |
| | **American Financial Management**<br>3715 Ventura Dr<br>Arlington Heights, IL  60004 |
| | **Figatner-Scott Co.**<br>6217 W Cermak Rd<br>Berwyn, IL  60402 |
| | **Karrin J. Burns**<br>1125 N Lombard Ave<br>Oak Park, IL  60302 |
| | **UPS Freight**<br>28013 Network Place<br>Chicago, IL  60673 |
| | **Angies List**<br>1030 E Washington St<br>Indianapolis, IN  46202 |
| | **ATT**<br>PO Box 6428<br>Carol Stream, IL  60197 |
| | **ATT**<br>PO Box 6428<br>Carol Stream, IL  60197 |
| | **ATT mobility**<br>PO Box 6428<br>Carol Stream, IL  60197 |
| | **ATT**<br>PO Box 6428<br>Carol Stream, IL  60197 |
| | **BEA 2 B Services Corp**<br>4923 N Hermitage Ave<br>Chicago, IL  60640 |
| | **Better Business Bureau**<br>330 North Wabash<br>Chicago, IL  60611 |
| | **Certainteed Corp P & PG**<br>1249 Solutions Center |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Van Buren, Theodore H
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Chicago, IL  60677<br><br>Town Of Cicero<br>4949 W Cermak Rd<br>Cicero, IL  60804<br><br>Cirilo Gallarzo<br>1450 S 46th St<br>Melrose Park, IL  60160<br><br>City Of Chicago<br>Department Of Law ATTN Nicholas J Lucius<br>30 N LaSalle St #900<br>Chicago, IL  60602<br><br>City Of Chicago<br>Judgement Collections<br>P.O Box 88292<br>Chicago, IL  60680<br><br>Constantino Rodriguez, Sub<br>3732 S 59th Court<br>Cicero, IL  60804<br><br>Cronin & Associates LTD<br>1601 Colonial Pkwy<br>Palatine, IL  60067<br><br>Dell Business Credit<br>Payment Processing Center<br>PO Box 5292<br>Carol Stream, IL  60197<br><br>Dell Business Credit- Software<br>PO Box 5275<br>Carol Stream, IL  60197<br><br>Dell Financial Services Lease Account<br>PO Box 5275<br>Carol Stream, IL  60197<br><br>Dex<br>ATT Real Yellow Pages<br>8519 Innovation Way<br>Chicago, IL  60682<br><br>Fifth 3rd Bank<br>PO Box 829009<br>Dallas, TX  75382<br><br>Home Depot<br>PO Box 689100<br>Des Moines, IA  50368<br><br>Kucera Disposal<br>1800 S. Laramie Ave<br>Cicero, IL  60804 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Van Buren, Theodore H                                                    Case No. _____
_____                                             _____
Debtor(s)                                                                     (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Liberty Group Publishing**<br>**Michael D. Weis**<br>**PO Box 1166**<br>**Northbrook, IL  60065** |
| | **Liberty Mutual**<br>**Surety Direct Bill**<br>**PO Box 11223**<br>**Tacoma, WA  98411** |
| | **Maribel Acosta** |
| | **Master Halco**<br>**1261 Atlantic Dr**<br>**West Chicago, IL  60185** |
| | **National Check Trust Inc**<br>**2811 Corporate Way**<br>**Miramar, FL  33025** |
| | **Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL  60568** |
| | **National Processing Center**<br>**Accounts Payable**<br>**808 E Utah Valley Dr**<br>**American Fork, UT  84003** |
| | **Pro Welding**<br>**5428 S Keeler Ave**<br>**Chicago, IL  60632** |
| | **Reachlocal**<br>**Randall Industries**<br>**741 S Rte 83**<br>**Elmhurst, IL  60126** |
| | **Safeco Insurance Companies**<br>**2800 W Higgins Rd**<br>**Hoffman Estates, IL  60169** |
| | **Society Insurance**<br>**150 Camelot Dr PO Box 1029**<br>**Fond Du Lac, WI  54936** |
| | **Stephens Pipe & Steel LLC**<br>**Po Box 618**<br>**Russel Springs, KY  42642** |
| | **The Blue Book**<br>**Coface Collections North America Inc.**<br>**PO Box 8510**<br>**Metairie, LA  70011** |
| | **Travelers**<br>**CL Remittance Center**<br>**Hartford, CT  06183** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE Van Buren, Theodore H
_____   Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Van Buren/Rodriguez Fence and Rail**<br>**4444 W Haddon**<br>**Chicago, IL  60651** | **Travelers**<br>**CL Remittance Center**<br>**Hartford, CT  06183**<br><br>**Wells Fargo Auto Finance**<br>**Po Box 60510**<br>**Los Angeles, CA  90060**<br><br>**XL Industrail Service Co**<br>**Po Box 32107**<br>**Chicago, IL  60632**<br><br>**Teller & Levit Silvertrust P.C**<br>**11 East Adams St**<br>**Chicago, IL  60603**<br><br>**Ridge Fence Supply**<br>**PO Box 172**<br>**Chicago Ridge, IL  60415**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA  23285**<br><br>**A.G Adjustments Ltd**<br>**740 Walt Whitman Rd PO Box 9090**<br>**Melville, NY  11747**<br><br>**Central Forest Products**<br>**The Law Offices Of Phillip R. Sauer LLC**<br>**3 Golf Center Suite 352**<br>**Hoffman Estates, IL  60169**<br><br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE  68103**<br><br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE  68103**<br><br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE  68103**<br><br>**First National Merchant Solutions**<br>**PO Box 2196**<br>**Omaha, NE  68103**<br><br>**Valentine & Kebartas Inc**<br>**PO Box 325**<br>**Lawrence, MA  01842**<br><br>**ReachLocal Inc**<br>**Attn: Gerry Casey**<br>**230 W. Monroe Suite 700**<br>**Chicago, IL** |

B6H (Official Form 6H) (12/07) - Cont.

IN RE  Van Buren, Theodore H                                              Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | **Liquidebt Systems**<br>**29W170 Butterfield Rd  Suite 102**<br>**Warrenville, IL  60555**<br><br>**Tasler Forest Products**<br>**PO Box 18130**<br>**Phoenix, AZ  85005**<br><br>**Retriever Payment Systems**<br>**20405 State Hwy 249 Ste**<br>**Houston, TX  77070**<br><br>**Reachlocal**<br>**Randall Industries**<br>**741 S Rte 83**<br>**Elmhurst, IL  60126**<br><br>**Ridge Fence Supply**<br>**PO Box 172**<br>**Chicago Ridge, IL  60415** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

**IN RE** Van Buren, Theodore H _____    Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                    DEBTOR          SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ **27,433.00** | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) **Social Security Income** | $ **941.00** | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **28,374.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **28,374.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $ _____ **28,374.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE __Van Buren, Theodore H__        Case No. _____
                             Debtor(s)                               (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,150.00 |
|    a. Are real estate taxes included?   Yes ____ No ✓ | | |
|    b. Is property insurance included?   Yes ____ No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 150.00 |
|    b. Water and sewer | $ | |
|    c. Telephone | $ | 50.00 |
|    d. Other _____ | $ | |
|    _____ | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 285.00 |
| 5. Clothing | $ | 86.00 |
| 6. Laundry and dry cleaning | $ | 28.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 251.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 107.00 |
|    e. Other _____ | $ | |
|    _____ | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) _____ | $ | |
|    _____ | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other  **Rent For Shop** | $ | 683.00 |
|    _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 260.00 |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 25,612.00 |
| 17. Other  **National Standard Expenses: Personal Care, Misc** | $ | 118.00 |
|    _____ | $ | |
|    _____ | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $    **28,840.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 28,374.00 |
|    b. Average monthly expenses from Line 18 above | $ | 28,840.00 |
|    c. Monthly net income (a. minus b.) | $ | -466.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Van Buren, Theodore H**                                          Case No. _____
_____
                Debtor(s)                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **40** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 12, 2010** _____          Signature: **/s/ Theodore H Van Buren** _____
                                                        **Theodore H Van Buren**                              Debtor

Date: _____          Signature: _____
                                                                                  (Joint Debtor, if any)
                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                            Case No. _____

Van Buren, Theodore H _____ Chapter **7**_____
                                Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                    $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:                                     $ _____ **27,433.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)          $ _____
    4.  Payroll Taxes                                   $ _____
    5.  Unemployment Taxes                      $ _____
    6.  Worker's Compensation                   $ _____
    7.  Other Taxes                                   $ _____
    8.  Inventory Purchases (Including raw materials)     $ _____ **12,521.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray         $ _____
  10.  Rent (Other than debtor's principal residence)    $ _____ **683.00**
  11.  Utilities                                       $ _____
  12.  Office Expenses and Supplies              $ _____ **490.00**
  13.  Repairs and Maintenance                 $ _____
  14.  Vehicle Expenses                        $ _____ **975.00**
  15.  Travel and Entertainment                 $ _____
  16.  Equipment Rental and Leases             $ _____ **193.00**
  17.  Legal/Accounting/Other Professional Fees     $ _____
  18.  Insurance                                 $ _____ **468.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)    $ _____
  20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
       Business Debts (Specify):                  $ _____

  21.  Other (Specify):                            $ _____ **10,282.00**
       **Advertising**                         **2,166.00**
       **License Fees And Permits**         **366.00**
       **Nonemployee Installation Services**   **7,750.00**

  22.  Total Monthly Expenses (Add items 3-21)        $ _____ **25,612.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

  23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)     $ _____ **1,821.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. _____

**Van Buren, Theodore H**                                      Chapter **7** _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (*Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.*)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (*check one*):
- ☐ Surrendered  ☐ Retained

If retaining the property, I intend to (*check at least one*):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
- ☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (*check one*):
- ☐ Surrendered  ☐ Retained

If retaining the property, I intend to (*check at least one*):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
- ☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. (*All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.*)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Trivi Partners LLC** | **Describe Leased Property:**<br>**Yearly lease contract $1000.00 monthly for shop** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:**<br>**Hackel Homes** | **Describe Leased Property:**<br>**Yearly lease contract $1150.00 per month for personal residence** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

_____ continuation sheets attached (*if any*)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July 12, 2010**_____        ***/s/ Theodore H Van Buren***_____
                                              Signature of Debtor

                                              _____
                                              Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                         Case No. _____

Van Buren, Theodore H                                          Chapter **7** _____
                          Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **108**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 12, 2010** _____      */s/ Theodore H Van Buren* _____
                                        Debtor

                                        _____

                                        Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                                    Case No. _____

Van Buren, Theodore H                                                              Chapter **7** _____

                                                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,995.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,995.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td>_____<br>**July 12, 2010**<br>Date</td>
<td>**/s/ Jeffrey  A. Collins**<br>_____<br>**Jeffrey  A. Collins 6276436**<br>**Jeffrey Collins, Attorney**<br>**71 Scully Drive**<br>**Schaumburg, IL  60193**<br>**(312) 212-1000  Fax: (866) 276-3466**<br>**jcollins@uslawattys.com**</td>
</tr>
</table>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only